IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHERWOOD SIMMONS                                                    PLAINTIFF
ADC #130769

v.                                      Case No. 4:22-cv-01274 KGB

SOLOMON GRAVES, *et al*.                                            DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 4). Plaintiff Sherwood Simmons has not objected to the Recommended Disposition, and the time for doing so has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Mr. Simmons's complaint is dismissed without prejudice (Dkt. No. 2). Mr. Simmons has 30 days from the date of this Order in which to reopen this case by paying the $402.00 filing fee in full. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 23rd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge